**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

RICHARD ULRICH,                          :   No. 14 WM 2019
                                         :
        Petitioner               :
                                         :
                                         :
                                         :
        v.                       :
                                         :
                                         :
                                         :
HIRAM A. CARPENTER, III OF THE 24TH      :
JUDICIAL DISTRICT OF BLAIR COUNTY,       :
PENNSYLVANIA,                            :

        Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.